**2004-0353. State ex rel. Columbia Gas of Ohio, Inc. v. Henson.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion to expedite,

IT IS ORDERED by the court that the motion to expedite be, and hereby is, granted, and an immediate alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file its brief within 10 days after the filing of evidence; respondent shall file his brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 5 days after the filing of respondent's brief.

PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS

**2003-2042. State v. Gibson.**
Highland App. No. 03CA1, 2003-Ohio-4910. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due February 20, 2004, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.

**2004-0334. Starks v. Fed. Ins. Co.**
Stark App. No. 2003CA00102, 2003-Ohio-4383. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Stark County. On February 10, 2004, a notice of certified conflict was filed from the same court of appeals order as the notice filed in this case and was assigned case No. 2004-0277. Accordingly,

IT IS ORDERED by the court, sua sponte, that the copy of the court of appeals order certifying a conflict filed in this case be deemed filed as a second notice of certified conflict in case No. 2004-0277 and that appellant shall proceed as an appellant in that case.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *03/03/2004 Case Announcements*, 2004-Ohio-819.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### March 3, 2004

## MERIT DECISIONS WITHOUT OPINIONS

**2003-2044. State ex rel. Brown v. O'Brien.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.